**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
Ilana A. Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:*<br><br>*Benchmark Electronics, Inc. et al. v.*<br>*AVX Corp. et al.,* Case No. 17-cv-7047-JD | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendants Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; SANYO North America Corporation (collectively, the "Panasonic and Sanyo Defendants"), by and through undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and the Panasonic and Sanyo Defendants seek the dismissal of this action against the Panasonic and Sanyo Defendants with prejudice.

2. Benchmark and the Panasonic and Sanyo Defendants agree that each party shall bear its own costs, expenses, and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal With Prejudice against the Panasonic and Sanyo Defendants only.

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Jeffrey L. Kessler* |
| Robert W. Turken (admitted *pro hac vice*) | Jeffrey L. Kessler (admitted *pro hac vice*) |
| Scott N. Wagner (admitted *pro hac vice*) | jkessler@winston.com |
| Lori P. Lustrin (admitted *pro hac vice*) | A. Paul Victor (admitted *pro hac vice*) |
| Shalia M. Sakona (admitted *pro hac vice)* | pvictor@winston.com |
| Jerry R. Goldsmith (admitted *pro hac vice*) | Molly M. Donovan (admitted *pro hac vice*) |
| Ilana A. Drescher (admitted *pro hac vice*) | mmdonovan@winston.com |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | Sofia Arguello (admitted *pro hac vice*) |
| | sarguello@winston.com |
| 1450 Brickell Ave., Suite 2300 | WINSTON & STRAWN LLP |
| Miami, Florida 33131-3456 | 200 Park Avenue |
| Telephone: 305-374-7580 | New York, New York 10166 |
| rturken@bilzin.com | Telephone: (212) 294-4698 |
| swagner@bilzin.com | Facsimile: (212) 294-4700 |
| llustrin@bilzin.com | |
| ssakona@bilzin.com | Ian L. Papendick (SBN 275648) |

| | |
|---|---|
| jgoldsmith@bilzin.com<br>idrescher@bilzin.com<br><br>*Counsel for Benchmark Electronics* | ipapendick@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 591-6905<br>Fax: (415) 591-1400<br><br>*Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; SANYO North America Corporation* |

## ECF ATTESTATION

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for the Panasonic and Sanyo Defendants has concurred in this filing.

DATED: April 4, 2019

By:   */s/ Scott N. Wagner*
         Scott N. Wagner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2019

_____
UNITED STATES DISTRICT JUDGE