**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br><br> *Benchmark Electronics, Inc.; Benchmark Electronics Huntsville, Inc.; Benchmark Electronics Manufacturing Solutions (Moorpark), Inc.; Benchmark Electronics Manufacturing Solutions, Inc.; Benchmark Electronics Phoenix, Inc.; Benchmark Electronics Tijuana, S. de R.L. de C.V.; and Benchmark Electronics De Mexico S. de R.L. de C.V*, Case No. 17-cv-7047 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendant Nitsuko Electronics Corporation ("Nitsuko") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and Nitsuko seek the dismissal of this action against Nitsuko with prejudice.

2. Benchmark and Nitsuko agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Nitsuko only.

**IT IS SO STIPULATED**

Dated: April 16, 2019

| */s/ Scott N. Wagner* | */s/ Belinda S Lee* |
|---|---|
| Robert W. Turken (admitted *pro hac vice*) | Belinda S Lee (CA Bar No. 199635) |
| Scott N. Wagner (admitted *pro hac vice*) | Ashley M. Bauer (CA Bar No. 231626) |
| Lori P. Lustrin (admitted *pro hac vice*) | Katherine M. Larkin-Wong (CA Bar No. 281038) |
| Shalia M. Sakona (admitted *pro hac vice)* | |
| Jerry R. Goldsmith (admitted *pro hac vice*) | Cameron J. Clark (CA Bar No. 313039) |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | **LATHAM & WATKINS LLP** |
| 1450 Brickell Ave., Suite 2300 | 505 Montgomery Street, Suite 2000 |
| Miami, Florida 33131-3456 | San Francisco, California 94111-6538 |
| Telephone:  305-374-7580 | Telephone: +1.415.391.0600 |
| Facsimile:  305-374-7593 | Facsimile: +1.415.395.8095 |
| rturken@bilzin.com | belinda.lee@lw.com |
| swagner@bilzin.com | ashley.bauer@lw.com |
| llustrin@bilzin.com | katherine.larkin-wong@lw.com |
| | cameron.clark@lw.com |

| | |
|---|---|
| ssakona@bilzin.com<br>jgoldsmith@bilzin.com<br>*Counsel for Benchmark* | *Counsel for Defendant Nitsuko Electronics Corporation* |

### ECF ATTESTATION

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: April 16, 2019

By: <u>   */s/ Scott N. Wagner*   </u><br>Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2019

_____
UNITED STATES DISTRICT JUDGE