**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br><br> *Benchmark Electronics, Inc.; Benchmark Electronics Huntsville, Inc.; Benchmark Electronics Manufacturing Solutions (Moorpark), Inc.; Benchmark Electronics Manufacturing Solutions, Inc.; Benchmark Electronics Phoenix, Inc.; Benchmark Electronics Tijuana, S. de R.L. de C.V.; and Benchmark Electronics De Mexico S. de R.L. de C.V*, Case No. 17-cv-7047 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendants TOKIN Corporation (formerly known as NEC TOKIN Corporation), TOKIN America, Inc. (formerly known as NEC TOKIN America, Inc.), KEMET Corporation, and KEMET Electronics Corporation (together the "TOKIN Parties") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and the TOKIN Parties seek the dismissal of this action against the TOKIN Parties with prejudice.

2. Benchmark and the TOKIN Parties agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against the TOKIN Parties only.

**IT IS SO STIPULATED**

Dated: June 25, 2019

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Jacob R. Sorensen* |
| Robert W. Turken (admitted *pro hac vice*) | Roxane A. Polidora (CA Bar No. 135972) |
| Scott N. Wagner (admitted *pro hac vice*) | Jacob R. Sorensen (CA Bar No. 209134) |
| Lori P. Lustrin (admitted *pro hac vice*) | Laura C. Hurtado (CA Bar No. 267044) |
| Shalia M. Sakona (admitted *pro hac vice*) | **PILLSBURY WINTHROP SHAW** |
| Jerry R. Goldsmith (admitted *pro hac vice*) | **PITTMAN LLP** |
| **BILZIN SUMBERG BAENA PRICE &** | Four Embarcadero Center, 22nd Floor |
| **AXELROD LLP** | San Francisco, CA 94111 |
| 1450 Brickell Ave., Suite 2300 | roxane.polidora@pillsburylaw.com |
| Miami, Florida 33131-3456 | jake.sorensen@pillsburylaw.com |
| Telephone: 305-374-7580 | laura.hurtado@pillsburylaw.com |
| Facsimile: 305-374-7593 | Fax: +1-415-983-1200 |
| rturken@bilzin.com | *Counsel for Defendants* TOKIN Corporation, |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

| | | |
|---|---|---|
| 1 | swagner@bilzin.com | TOKIN America, Inc., KEMET Corporation, |
| 2 | llustrin@bilzin.com<br>ssakona@bilzin.com | and KEMET Electronics Corporation |
| 3 | jgoldsmith@bilzin.com<br>*Counsel for Benchmark* | |

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: June 27, 2019

By:    */s/ Scott N. Wagner*
             Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: __July 18, 2019__

       _____
       UNITED STATES DISTRICT JUDGE