**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br><br> *Benchmark Electronics, Inc.; Benchmark Electronics Huntsville, Inc.; Benchmark Electronics Manufacturing Solutions (Moorpark), Inc.; Benchmark Electronics Manufacturing Solutions, Inc.; Benchmark Electronics Phoenix, Inc.; Benchmark Electronics Tijuana, S. de R.L. de C.V.; and Benchmark Electronics De Mexico S. de R.L. de C.V*, Case No. 17-cv-7047 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. (together "Okaya") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and Okaya seek the dismissal of this action against Okaya with prejudice.

2. Benchmark and Okaya agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Okaya only.

**IT IS SO STIPULATED**

Dated: July 2, 2019

*/s/ Scott N. Wagner*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)
Jerry R. Goldsmith (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
rturken@bilzin.com

*/s/ Darrell Prescott*
Darrell Prescott (Admitted *Pro Hac Vice*)
Darrell.prescott@bakermckenzie.com
Catherine Y. Stillman, State Bar No. 2542440
catherine.stillman@bakermckenzie.com
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626 4476
Facsimile: (212) 310 1637

Meghan E. Hausler (Admitted *Pro Hac Vice*)
meghan.hausler@bakermckenzie.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

| | |
|---|---|
| 1 | swagner@bilzin.com |
| 2 | llustrin@bilzin.com |
|   | ssakona@bilzin.com |
| 3 | jgoldsmith@bilzin.com |
|   | *Counsel for Benchmark* |

swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com
*Counsel for Benchmark*

**BAKER & McKENZIE LLP**
1900 North Pearl Street
Suite 1500
Dallas, TX 75201
Telephone: (214) 965 7219
Facsimile: (214) 978 5937
*Counsel for Defendants*
*OKAYA ELECTRIC INDUSTRIES CO., LTD.*
*and OKAYA ELECTRIC AMERICA, INC.*

### ECF ATTESTATION

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: July 2, 2019

By: _*/s/ Scott N. Wagner*_
       Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>July 18, 2019</u>

_____
UNITED STATES DISTRICT JUDGE